|  |  |
|---|---|
| BRENDA MALLONEE, | NO: 1:22-CV-3129-TOR |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL WITH PREJUDICE |
| TOPPENISH SCHOOL DISTRICT and JOHN CERNA, | |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Costs. ECF No. 15. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that all of Plaintiff's claims against Defendants should be dismissed with prejudice and without costs to either party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action against Defendants are **DISMISSED** with prejudice and without costs to either party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED May 8, 2023.



THOMAS O. RICE
United States District Judge